AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>John Savage<br>and<br>Michael O'Shea<br><br>*Defendant(s)* | Case No.<br>25-MJ-4084 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 7, 2025** in the county of **Monroe** in the **Western** District of **New York**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2113(a), 924(c)(1)(A)(ii) and (2) | Bank robbery, brandishing a firearm during and in relation to a crime of violence, and aiding and abetting same |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Task Force Officer Andrew J. Jasie.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew J. Jasie, FBI TFO
*Printed name and title*

Affidavit and Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on:

Date: June 20, 2025

*Judge's signature*

City and state: Rochester, New York

Hon. Colleen D. Holland, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                                  25-MJ-4084

    -v-

JOHN SAVAGE and
MICHAEL O'SHEA,

    Defendants.

State of New York  )
County of Monroe   )   SS:
City of Rochester  )

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, **Andrew J. Jasie**, being duly sworn, depose and state that:

**INTRODUCTION**

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and I am assigned to the Rochester, New York Resident Agency. I have been assigned as a Task Force Officer with the FBI since December of 2014. I have been employed by the New York State Police for over twenty-six years and assigned as an Investigator for over twenty-one years. As part of my professional experience, I have participated in state and federal investigations involving bank robbery, Hobbs Act robbery, fugitives, and illegal drug trafficking. I further state that I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

1

2. This affidavit is submitted in support of a criminal complaint charging JOHN SAVAGE and MICHAEL O'SHEA with violating Title 18, United States Code, Sections 2113(a), 924(c)(1)(A)(ii) and 2 (bank robbery, brandishing a firearm during and in relation to a crime of violence, and aiding and abetting same). The statements contained in this affidavit are based upon my personal knowledge and observations, information provided to me by other law enforcement officers, my review of records, and my investigative experience and training as an Investigator for the New York State Police as well as a Task Force Officer of the FBI. Further, your affiant has had discussions with law enforcement officers involved in this investigation who have confirmed the accuracy of information contained in this affidavit. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

### PROBABLE CAUSE

3. The FBI Rochester Area Major Crimes Task Force (RAMCTF), in conjunction with local law enforcement authorities, has been investigating a bank robbery that occurred on April 7, 2025, at the M&T Bank, 6560 Fourth Section Road, Sweden, New York, within the Western District of New York. During the investigation of this robbery, JOHN SAVAGE and MICHAEL O'SHEA, the defendants, were identified as a suspect. SAVAGE and O'SHEA's involvement in this robbery is further detailed herein.

4. On April 7, 2025, at approximately 3:58 PM, an unknown individual entered the M&T Bank, 6560 Fourth Section Road, Sweden, New York and approached the teller counter. According to the victim-employee, the suspect approached the teller counter and

brandished a black semi-automatic pistol. The suspect ordered all the other employees from behind the teller counter and into the ladies' bathroom at gunpoint. The suspect told the employees to put their hands up, that this was not a joke, and that he had someone outside. The suspect ordered the victim-employee to the vault, and demanded they open it while brandishing the pistol. The victim-employee told the suspect that it took two employees to open the vault. The suspect retrieved another employee from the ladies' bathroom and brought them to the vault at gunpoint. The suspect emptied the vault of all paper currency and placed it into a green duffle bag the suspect brought with him. After obtaining the money, the suspect fled the bank and into a blue Honda Civic bearing New York registration LJD3291. This registration returned to a red Chevrolet Impala. The victim-employee described the suspect as a black male, approximately 6' in height, wearing black laced shoes, black pants, a black tee shirt that was inside out and backwards with a green shirt underneath, and a florescent high-visibility jacket. The suspect's face was covered by a "morph" mask with a person's face on it.

5. Your affiant has reviewed bank surveillance footage of this incident and observed the suspect commit the aforementioned bank robbery as described in paragraph 4.

6. Law enforcement learned from M&T Bank officials that the suspect had obtained $452,600 in United States currency as a result of this robbery.

7. Following the robbery described above and at approximately 4:42 p.m., a citizen, hereinafter referred to as WITNESS 1, called in to 911 to report a suspicious condition

around 1703 Lake Road in Hamlin, New York. The nature of the concern was that WITNESS 1 observed a white male exit a blue sedan – either a Honda or Hyundai – and wipe the vehicle down with a stuffed animal. WITNESS 1 observed this white male around the rear license plate area "messing with" the plate. WITNESS 1 described the white male as wearing a gray hooded sweatshirt with the hood up and blue jeans, carrying a black jacket, walking with a limp, and possibly having blonde hair and a moustache. WITNESS 1 observed the white male enter a black SUV with Florida registration plates that was directly behind the blue sedan and drive southbound. Responding law enforcement located a blue Honda Civic in front of 1727 Lake Road bearing New York registration LRT1867 which returned to a 2008 Honda Civic color blue. A check of the Vehicle Identification Number (VIN) on the vehicle revealed it was, in fact, a 2005 Honda Civic.

8.    Law enforcement learned that registration plate LJD3291 which was affixed to the Honda Civic at the time of the bank robbery was captured on License Plate Readers the day of the bank robbery at 10:03 and 10:06 a.m. LJD3291 was affixed to a black Nissan Quest. Additionally, law enforcement observed the black Nissan Quest being followed by a black GMC Terrain bearing Florida registration DFHR86.

9.    A check of the immediate area revealed the black GMC Terrain parked and unoccupied behind the Tops Supermarket Plaza near the rear exit to suite 1804 adjacent to 1800 Lake Road, Hamlin, New York. Also observed in the parking lot of 1800 Lake Road were a black male and a white male who were entering and exiting suite 1804 and matched the description of the suspect in the bank robbery as well as the white male observed by

WITNESS 1 by the blue Honda. Law enforcement approached the black male as he was approaching the entrance of Tops and identified him as JOHN SAVAGE and detained him. The white male was observed inside suite 1804 within the plaza to the south of the Tops entrance. He was also detained and identified as MICHAEL O'SHEA. Law enforcement conducted a security/safety sweep of suite 1804 and observed a lime green jacket with a reflective stripe, a large green duffel bag, zip ties, and a walkie-talkie inside suite 1804 near one another. Law enforcement secured the blue Honda, the black GMC, and the location within the Tops Plaza formerly identified as suite 1804.

10. On April 7, 2025, search warrants were obtained by law enforcement for the blue Honda, the black GMC, and suite 1804 of the Tops Plaza. Suite 1804 was largely vacant, which appeared to previously be used as a hair salon. The search warrants were executed and from within the rear room area of Suite 1804, law enforcement recovered a black IWI 9mm semi-automatic pistol bearing serial number J2007061 which was loaded with 15 rounds, a florescent high visibility jacket matching the one worn by the suspect, face masks similar to the one worn by the suspect, New York registration plate(s) LJD3291 (which was on the Honda at the time of the robbery), and $452,600 inside a green "Schutt" duffle bag with money wraps of banded stacks with M&T Bank identifiers on them.

11. Law enforcement conducted a canvass for relevant surveillance video. The Wegmans located at 6660 Fourth Section Road, Sweden, New York had relevant video that covered the M&T Bank. On April 7, 2025, at 3:54 p.m., a blue sedan matching the suspect's vehicle entered the M&T Bank parking lot, and parks in the southwest corner. Shortly

thereafter, a black SUV is observed in view coming from the same area as the blue sedan, and the black SUV parks directly across from the M&T Bank after circling the area. At 3:58 p.m., the suspect is seen exiting the blue sedan wearing the high-visibility jacket and walking toward the bank. At 4:04 p.m., the suspect exits the M&T Bank and enters the blue sedan after placing something into the trunk. At 4:05 p.m., the blue sedan exits the M&T parking lot, and the black SUV follows it as they exit the Wegmans plaza and out of camera view.

12. On April 10, 2025, law enforcement interviewed another citizen, hereinafter referred to as Witness 2, who reported observing two individuals in two vehicles in the parking lot of Viking Apartments on April 7, 2025, at approximately 4:00 p.m. The Viking Apartment complex is located next to the Wegmans parking lot. Witness 2 was sitting in her vehicle when she observed a blue Honda Civic quickly pull into the parking lot into a space across from her. Moments later, a black GMC SUV pulled in and parked near the blue Honda. Witness 2 saw the driver of the Honda exit the vehicle and described him as a black male wearing a yellow reflective jacket. This male retrieved a green duffel bag from the trunk and placed it in the passenger's side of the GMC. Witness 2 said the black male had to use both hands to lift the duffel bag and appeared to be straining to lift it. The driver of the GMC exited that vehicle, and the only description Witness 2 could provide was that he was thinner than the black male who arrived driving the Honda. Witness 2 could not hear the entire conversation between the males but heard the words "meeting spot" before the two switched vehicles with the black male now driving the GMC and the thinner male driving the Honda. Witness 2 also noted that the Honda was making noises as if it needed repair.

13. Law enforcement also obtained records showing that the black GMC Terrain bearing Florida registration DFHR86 was rental vehicle and had been rented by SAVAGE. Further, the landlord of Suite 1804 informed law enforcement that 1804 was rented by SAVAGE.

14. A drinking cup was recovered from within the Honda Civic and another cup was recovered from within the black GMC Terrain. DNA was obtained from those cups, and one returned a positive CODIS hit to SAVAGE, and one returned a positive CODIS hit to O'SHEA.

15. Fingerprints were also recovered from the license plate that was attached to the Honda Civic, and the left thumb print of SAVAGE was a match for a print recovered from the license plate.

16. At the time of the robbery on April 7, 2025, the M&T Bank located at 6560 Fourth Section Road, Sweden, New York, was a financial institution insured by the Federal Deposit Insurance Corporation (FDIC).

## CONCLUSION

17. Based upon the above information, I submit there is probable cause to believe that on or about April 7, 2025, in the Western District of New York, JOHN SAVAGE and MICHAEL O'SHEA violated Title 18, United States Code, Sections 2113(a), 924(c)(1)(A)(ii) and 2 (bank robbery, brandishing a firearm during and in relation to a crime of violence, and aiding and abetting same) by robbing the M&T Bank located at 6560 Fourth Section Road, Sweden, New York.

ANDREW J. JASIE
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me telephonically pursuant to Fed. R. Crim. P. 4.1 and 4 (d) on June 20, 2025.

HON. COLLEEN D. HOLLAND
United States Magistrate Judge

8